IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

CHARLIE JAMES RHODES

_____/

SEALED
INDICTMENT

3:22cr79-mcr

THE GRAND JURY CHARGES:

### COUNT ONE

Between on or about March 1, 2019, and on or about July 2, 2019, in the Northern District of Florida, the defendant,

**CHARLIE JAMES RHODES,**

did knowingly steal and take, and attempt to steal and take, a letter, package, bag, and mail from and out of a letter box, mail receptacle, and authorized depository for mail matter.

In violation of Title 18, United States Code, Sections 1708 and 2.

### COUNT TWO THROUGH ELEVEN

### A. INTRODUCTION

At all times material to this Indictment:

1. Synovus Bank ("Synovus"), Regions Bank ("Regions"), Bank of America ("BOA"), and Truist Bank, also known as BB&T ("BB&T"), were

FILED USDC FLND PN
NOV 15 '22 PM2:42

Returned in open court pursuant to Rule 6(f)
11/15/2022
Date

United States Magistrate Judge

financial institutions, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2.  Eglin Federal Credit Union ("EFCU") was a financial institution, the deposits of which were federally insured by the National Credit Union Share Insurance Fund.

### B. THE CHARGE

Between on or about March 1, 2019, and on or about July 2, 2019, in the Northern District of Florida and elsewhere, the defendant,

### CHARLIE JAMES RHODES,

did knowingly and willfully execute and attempt to execute a scheme to obtain moneys, funds, credits, assets, and other property owned by and under the custody and control of Synovus, Regions, BOA, BB&T, and EFCU, federally insured financial institutions, by means of material false and fraudulent pretenses, representations, and promises.

### C. THE SCHEME

It was part of the scheme that:

1.  The defendant, **CHARLIE JAMES RHODES**, stole mail from residential mailboxes, specifically personal checks.

2.  Once obtained, **CHARLIE JAMES RHODES** used chemicals to remove handwritten ink from the personal checks.

3.     **CHARLIE JAMES RHODES** replaced the original payee with his own name or names of known acquaintances and the original payment amount with the same or a greater amount.

4.     **CHARLIE JAMES RHODES** presented the altered checks to multiple financial institutions in Florida and Alabama, including Synovus, Regions, BOA, BB&T, and EFCU, for payment. When necessary, he presented the identification of the known acquaintances to bank personnel when cashing or depositing the altered checks.

5.     By this conduct, **CHARLES JAMES RHODES** fraudulently obtained and attempted to obtain over $30,000 in funds under the custody and control of federally insured financial institutions.

### D. EXECUTION OF THE SCHEME

Between on or about March 1, 2019, and on or about July 2, 2019, in the Northern District of Florida, the defendant,

**CHARLIE JAMES RHODES,**

for the purpose of executing and attempting to execute this fraudulent scheme, did knowingly and willfully submit altered personal checks to Synovus, Regions, BOA, BB&T, and EFCU, as set forth below:

3

| COUNTS | DATE | BANK | Altered Amount | Altered Payee |
|---|---|---|---|---|
| TWO | March 12, 2019 | Synovus | $600.32 | Charlie J. Rhodes |
| THREE | April 3, 2019 | Regions | $2,000.00 | Charlie James Rhodes |
| FOUR | April 22, 2019 | EFCU | $964.00 | Charlie J. Rhodes |
| FIVE | April 23, 2019 | EFCU | $890.00 | Charlie J. Rhodes |
| SIX | May 2, 2019 | EFCU | $904.14 | D.M. |
| SEVEN | May 3, 2019 | EFCU | $800.00 | D.M. |
| EIGHT | May 14, 2019 | EFCU | $980.00 | G.R. |
| NINE | May 24, 2019 | BOA | $1,700.00 | G.R. |
| TEN | May 31, 2019 | BB&T | $9,287.00 | G.R. |
| ELEVEN | July 1, 2019 | BOA | $942.50 | A.D. |

In violation of Title 18, United States Code, Sections 1344(2) and 2.

## COUNT TWELVE

### A. INTRODUCTION

The allegations of Sections B and C of Counts Two through Eleven are hereby realleged and incorporated by reference as if fully set forth herein.

### B. THE CHARGE

Between on or about May 1, 2019, and on or about May 31, 2019, in the

Northern District of Florida, the defendant,

**CHARLIE JAMES RHODES,**

did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the Florida identification cards of G.R. and D.M., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), namely, bank fraud as charged in Counts Six through Ten of this Indictment.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**CRIMINAL FORFEITURE**

The allegations contained in Counts One through Eleven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. From his engagement in the violations alleged in Counts One through Eleven of this Indictment, the defendant,

**CHARLIE JAMES RHODES,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title, and interest in any property, real or personal, constituting, and derived from, proceeds obtained, directly and indirectly, as a result of such violation.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third party;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other

property of the defendant up to the value of the forfeitable property.

A TRUE BILL:

_____
FOREPERSON

_Nov 15, 2022_
DATE

_____
JASON R. COODY
United States Attorney

_____
WALTER E. NARRAMORE
Assistant United States Attorney