IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 3:22cr79-MCR

CHARLIE JAMES RHODES
_____/

## FACTUAL BASIS FOR GUILTY PLEA

The parties agree with the truthfulness of the following factual basis for the defendant's guilty plea. The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary.

Beginning in March, increasing in April, and peaking in May of 2019, the Okaloosa County Sheriff's Office (OCSO) received multiple complaints from banks or local residents asserting that someone had stolen a check out of the mail, altered the payee and payment amount, and cashed the check at local banks. Before the defendant was arrested on July 1, 2019, OCSO investigators discovered 28 separate incidents. The altered payees listed on the checks was always one of five individuals: the defendant, G.R., D.M., A.D., and H.L.A. G.R. is the brother of the defendant, and H.L.A. is his ex-girlfriend.[1] In most of the incidents, including each of the

---

[1] H.L.A. cooperated with law enforcement. She stated that the defendant was her ex-boyfriend and that he had been in a traffic accident while driving her vehicle. Shortly after the accident the defendant provided her with a check for $1,000 and told her it was from the person who hit him while he was driving her car. She cashed the check not knowing that it was altered. After he was arrested in July 2019, a detective from the Enterprise Police Department questioned the defendant, and he admitted to giving an altered check to H.L.A. and stated that she knew nothing about it.

1

FILED IN OPEN COURT THIS

_1-31-23_ JW

CLERK, U.S. DISTRICT
COURT, NORTH DIST. FLA.

charged counts, the banks provided video or still images of the individual cashing the check at issue, and they all show the defendant, regardless of the individual listed on the check.

Below is a summary of the incidents:

| Date | Bank | Original Amount | Altered Amount | Altered Payee | Mail Theft Victim |
|---|---|---|---|---|---|
| 3/12/2019 | Synovus Bank | $60.32 | $600.32* | Charlie J. Rhodes | H.R. |
| 4/3/2019 | Regions Bank | $2,000.00 | $2,000.00* | Charlie James Rhodes | B.W. |
| 4/22/2019 | Eglin FCU | $64.55 | $964.00* | Charlie J. Rhodes | C.P. |
| 4/23/2019 | Eglin FCU | $190.00 | $890.00* | Charlie J. Rhodes | J.J. |
| 5/2/2019 | Eglin FCU | $80.00 | $800.00 | D.M. | B.J.O |
| 5/2/2019 | Eglin FCU | $104.14 | $904.14* | D.M. | B.J.O |
| 5/3/2019 | Eglin FCU (attempt) | $30.00 | $800.00* | D.M. | C.T. |
| 5/7/2019 | Regions Bank | $100.00 | $700.00 | G.R. | L.Y. |
| 5/8/2019 | Eglin FCU | $104.73 | $704.23 | G.R. | D.B. |
| 5/9/2019 | Eglin FCU | $117.79 | $917.79 | G.R. | P.S. |
| 5/11/2019 | Eglin FCU | $286.00 | $986.00 | Charlie James Rhodes | D.B. |
| 5/11/2019 | First City Bank | $153.21 | $953.21 | G.R. | J.W. |
| 5/13/2019 | Eglin FCU | $29.95 | $990.00 | G.R. | L.C. |
| 5/14/2019 | Eglin FCU | $180.00 | $980.00* | G.R. | H.T. |
| 5/19/2019 | First Florida Bank | $278.17 | $278.17 | N/A** | M.D. |
| 5/21/2019 | Charles Schwab | $11.23 | $1,011.23 | G.R. | R.C. |
| 5/24/2019 | USAA | $100.00 | $1,000.00 | G.R. | J.S. |
| 5/24/2019 | First Florida Bank | $300.00 | $900.00 | G.R. | M.K. |

| 5/24/2019 | Bank of America | $1,700.00 | $1,700.00* | G.R. | T.H. |
| 5/29/2019 | Wells Fargo | $23.67 | $936.67 | G.R. | G.Mo. |
| 5/31/2019 | JP Morgan Chase Bank | $1,732.00 | $1,732.00 | N/A** | G.Mi |
| 5/31/2019 | BB&T (Truist) | $9,287.00 | $9,287.00* | G.R. | E.B. |
| 6/3/2019 | FNBT (attempt) | $135.60 | $935.60 | G.R. | V.B. |
| 6/3/2019 | FNBT (attempt) | $30.00 | $800.00 | G.R. | P.N. |
| 6/3/2019 | Bank of America | $1,000.00 | $1,000.00 | H.L.A. | C.C. |
| 6/4/2019 | USAA | $300.40 | $800.40 | G.R. | M.S. |
| 7/1/2019 | Compass Bank (attempt) | $6.50 | $600.50 | A.D. | P.C. |
| 7/1/2019 | Bank of America | $142.50 | $942.50* | A.D. | C.A. |
| 7/1/2019 | PenFed Credit Union | $162.91 | $962.91 | A.D. | D.Y. |

* Indicates incidents used for Counts 2 through 11.
** Check was seized from defendant's vehicle by investigators before it was altered.

In two instances the teller got suspicious and the defendant fled leaving behind the identification cards of G.R. and D.M. on each respective occasion. Additionally, the defendant established two bank accounts, one at Sun Trust bank in his name and one at BB&T in the name of his brother and deposited some of the checks into those accounts. The government obtained records for each of those accounts showing the deposits in addition to copies of checks for each incident listed above. The mail theft victims all state that they placed the check in their residential mailbox made out to different payees than those listed above in the original amounts listed. None know

3

the defendant or the other altered payees and none intended their check to go to these individuals.

The defendant was executing a similar scheme in Alabama. The Coffee County Sheriff's Office posted a picture of him on Facebook from a bank security camera. On July 12, 2019, Enterprise Police Department (PD) received a tip that the defendant was at a local pizza place. Enterprise PD was able to locate and arrest him. He initially tried to state that he was his brother, G.R., but once police confronted him with his actual identify he admitted he was the defendant. A Coffee County investigator traveled to the scene and interviewed the defendant after advising him of his *Miranda* rights. The defendant admitted that had been taking checks from mailboxes, removing the ink with acetone, writing in new information and cashing the checks. The investigator asked if he had any checks in his vehicle; the defendant admitted that he did. The investigator searched the vehicle and found multiple checks, some which had been altered, and an empty bottle of acetone. Among the checks, investigators found four checks stolen from residents of Okaloosa County, Florida. OCSO investigator obtained a statement from each of these four victims that they attempted to mail the check using their residential mailbox and that it was not intended for the defendant.

The defendant knowingly carried out a scheme to obtain money from financial institutions using fraudulent pretenses by stealing checks from mail placed in residential mailboxes, altering the checks, and presenting them for payment at local

banks. The false pretenses – the altering of the checks – were material to obtaining the funds, and the defendant did this purposely with the intent to defraud federally insured financial institutions. In some of these incidents, the defendant knowingly used the means of identification or identification documents of actual persons to execute the fraudulent scheme without lawful authority. As a result of the fraudulent acts, the defendant received approximately $ 31,940.57.

## ELEMENTS OF THE OFFENSE

The elements of mail theft, in violation of 18 U.S.C. § 1708, as charged in **Count One**, are:

- *First:* The mail matter described in the indictment was in a letter box, mail receptacle, or an authorized depository for mail matter; and
- *Second:* The defendant knowingly stole the mail.

The elements of bank fraud, in violation of 18 U.S.C. § 1344, as charged in **Count Two thru Eleven**, are:

- *First:* The Defendant knowingly carried out or attempted to carry out a scheme to get money, assets, or other property from a financial institution by using false or fraudulent pretenses, representations, or promises about a material fact;
- *Second:* The false pretenses, representations, or promises were about a material fact; and
- *Third:* The financial institution was federally insured.

The elements of aggravated identify theft, in violation of 18 U.S.C. § 1028A, as charged in **Count Twelve**, are:

*First:*     The defendant knowingly transferred, possessed, or used another person's [means of identification] [identification documents];

*Second:*     Without lawful authority;

*Third:*     The defendant knew the means of identification belonged to an actual person; and

*Fourth:*     During and in relation to the crime of bank fraud charged in Counts Six thru Ten.

JASON R. COODY
United States Attorney

_____
DONALD SHEEHAN
Attorney for Defendant

_____
WALTER E. NARRAMORE
Assistant United States Attorney

_____
CHARLIE JAMES RHODES
Defendant

1/31/23
Date

1/13/23
Date

6